ORVILLE GEISLER,

      Plaintiff,

v.                                C.A. No.

TORKE COFFEE COMPANY INC.,

      Defendant.

## COMPLAINT

### Introduction

1.      Plaintiff Orville Geisler ("Plaintiff"), by his undersigned counsel, brings this Complaint against his former employer, Defendant Torke Coffee Company, Inc. ("Defendant"), for unpaid overtime wages, liquidated damages, and reasonable attorney fees and costs under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA").

### Jurisdiction and Venue

2.      This Court has original subject matter jurisdiction under 28 U.S.C. § 1331 because it involves a federal question under the FLSA.

3.      Venue is proper in this Court under 28 U.S.C. § 1391.

### Parties

4.      Plaintiff Orville Geisler is an adult resident of the State of Wisconsin, residing in Sheboygan, Wisconsin. At all relevant times, Plaintiff was an "employee" of

Defendant Torke Coffee Co., Inc., within the meaning of 29 U.S.C. § 203(e) and WIS. STAT. § 109.01(1r).

5.      Defendant Torke Coffee Co., Inc., is a Wisconsin corporation. Defendant roasts and sells coffee.

### Factual Background

6.      Within the past three years, Defendant employed Plaintiff as "Route Jumper."

7.      As Route Jumper, Plaintiff spent 80% of his time repairing coffee machines and equipment at Defendant's shop. He drove deliveries for 20% of the time, covering for other drivers, driving their same routes, when they were on vacation or sick.

8.      As Route Jumper, Plaintiff's primary duty was the performance of non-exempt work under the FLSA, namely, repairing coffee machines and equipment.

9.      Within the past three years, Defendant regularly suffered or permitted Plaintiff to work in excess of forty (40) hours per week and failed to compensate him at a rate of one and one-half (1 ½) times his regular rate for the hours he worked above forty (40) per week.

10.     Defendant was or should have been aware of its obligation to pay Plaintiff time-and-a-half for the hours he worked in excess of forty (40) per week.

### Claim for Relief
### Count I:  Violation of the Fair Labor Standards Act
### (Failure to Pay Overtime Wages)

11.     The FLSA, 29 U.S.C. § 207, requires employers to pay non-exempt employees one and one-half (1 ½) times their regular rates of pay for hours worked in

excess of forty (40) hours per week.

12.     As Route Jumper, Plaintiff was not exempt for overtime purposes under the FLSA or its implementing regulations.

13.     At all relevant times, Defendant willfully or recklessly and in bad faith failed and refused to pay Plaintiff overtime as required by the FLSA.

14.     Under 29 U.S.C. § 216, Plaintiff is entitled to unpaid overtime damages, liquidated damages equal to the amount of his unpaid overtime damages, reasonable attorney fees and costs.

**WHEREFORE**, Plaintiff Orville Geisler respectfully requests that the Court enter Judgment against Defendant Torke Coffee Co., Inc., pursuant to 29 U.S.C. § 216, awarding Plaintiff:

1) unpaid overtime wage damages, in an amount to be proven to the Court;

2) liquidated damages equal to one hundred percent (100%) of his unpaid overtime wage damages; and

3) reasonable attorney fees and costs, in an amount to be proven to the Court.

Dated this 14th day of March, 2025.

Respectfully submitted,

**O'CONNOR LAW FIRM**
*Attorney for Plaintiff Orville Geisler*

*s/ Patrick M. O'Connor*
Patrick M. O'Connor, Esq. (SBN 1094992)
PO Box 930133
Verona, WI 53593
(608) 203-6349
pat@wilaborlaw.com